United States Bankruptcy Court
District of Arizona

In re:  
JUSTIN L BASSETT  
SUMMER L BASSETT  
    Debtors

Case No. 25-08792-MCW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 19, 2025      Form ID: 309I      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | JUSTIN L BASSETT, SUMMER L BASSETT, 3047 W WEATHERSFIELD RD, PHOENIX, AZ 85029-2336 |
| 17887476 | + | Ambetter Health, Centene Plaze, 7700 Forsythe Blvd, Saint Louis MO 63105-1849 |
| 17887479 | + | Canyon View Credit Union, Attn: Bankruptcy, P.O. Box 58025, Salt Lake City UT 84158-0025 |
| 17887483 | + | Dignity Health, Coporate, 3033 N 3rd Ave, Phoenix AZ 85013-4447 |
| 17887485 | + | Eye Doctors Of Arizona, 3321 E Bell Rd., Ste B12, Phoenix AZ 85032-2755 |
| 17887493 | + | Terral and Chad Bassett, 1211 Imperial Lane, Washington UT 84780-2227 |
| 17887496 | + | Valleywise Health, PO Box 29670, Phoenix AZ 85038-9670 |
| 17887497 | + | Zurp / Fpb, 488 Northeast 18th St, Miami FL 33132-1112 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: documents2@phxfreshstart.com | Sep 19 2025 22:44:00 | David Cutler, Phoenix Fresh Start Bankruptcy Attorneys, 4131 Main St, Skokie, IL 60076 |
| tr | | Email/Text: ecfmailclient@ch13bk.com | Sep 19 2025 22:45:00 | RUSSELL BROWN, Chapter 13 Trustee, 3838 N Central Ave, Ste 800, Phoenix, AZ 85012-1965 |
| smg | | EDI: AZDEPREV.COM | Sep 20 2025 02:35:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | + | EDI: AISACG.COM | Sep 20 2025 02:35:00 | Ally Servicing LLC as servicer on behalf of Citrus, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17887475 | + | EDI: GMACFS.COM | Sep 20 2025 02:35:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington MN 55438-0901 |
| 17887477 | + | Email/Text: e-bankruptcy@americafirst.com | Sep 19 2025 22:45:00 | America First Credit Union, Attn: Bankruptcy, PO Box 9199, Ogden UT 84409-0199 |
| 17887478 | + | Email/Text: PBMBadDebt@bannerhealth.com | Sep 19 2025 22:45:00 | Banner Health, 2901 n. central ave ste 160, Phoenix AZ 85012-2702 |
| 17887479 | + | Email/Text: monicaf@canyonviewcu.com | Sep 19 2025 22:45:00 | Canyon View Credit Union, Attn: Bankruptcy, P.O. Box 58025, Salt Lake City UT 84158-0025 |
| 17887480 | + | EDI: CAPITALONE.COM | Sep 20 2025 02:35:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 17887481 | + | EDI: PHINGENESIS | Sep 20 2025 02:35:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 17887482 | | Email/Text: paulnguyen@denefits.com | Sep 19 2025 22:45:00 | Denefits, Attn: Bankruptcy, 16500 Bake Pkwy |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 17887486 | + | EDI: PHINGENESIS | Sep 20 2025 02:35:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 17887487 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 19 2025 22:45:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia PA 19176-0379 |
| 17887488 | ^ | MEBN | Sep 19 2025 22:40:01 | Intermountain Health Care, 36 S State St., Salt Lake City UT 84111-1401 |
| 17887489 | + | Email/Text: orsbankruptcy@utah.gov | Sep 19 2025 22:45:00 | Office of Recovery Services, Attn: Bankruptcy, Po Box 45033, Salt Lake City UT 84145-0033 |
| 17887490 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 19 2025 22:45:00 | PROGRESSIVE CAR INSURANCE, 6300 WILSON MILLS RD, Mayfield Village OH 44143-2182 |
| 17887491 | ^ | MEBN | Sep 19 2025 22:39:24 | T-Mobile, 3618 FACTORIA BLVD SE, Bellevue WA 98006-6128 |
| 17887492 | ^ | MEBN | Sep 19 2025 22:39:50 | Telecom Selfreported, Po Box 4500, Allen TX 75013-1311 |
| 17887495 | + | Email/Text: PDELINQ@sba.gov | Sep 19 2025 22:45:00 | US Small Business Administration, Covid EIDL Servicing Center, 14925 Kingport Rd, Fort Worth TX 76155-2243 |
| 17887494 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 19 2025 22:45:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison WI 53704-3121 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17887484 | ##+ | Dustin Del Toro, 742 N 1800 E, Saint George UT 84770-8684 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 21, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Cutler | on behalf of Joint Debtor SUMMER L BASSETT documents2@phxfreshstart.com Cutler.DavidR89553@notify.bestcase.com |
| David Cutler | on behalf of Debtor JUSTIN L BASSETT documents2@phxfreshstart.com Cutler.DavidR89553@notify.bestcase.com |

RUSSELL BROWN     ecfmailclient@ch13bk.com

U.S. TRUSTEE     USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 4

| | | | |
|---|---|---|---|
| | Information to identify the case: | | |
| Debtor 1: | JUSTIN L BASSETT | Social Security number or ITIN: | xxx–xx–3102 |
| | First Name   Middle Name   Last Name | EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | SUMMER L BASSETT | Social Security number or ITIN: | xxx–xx–2968 |
| | First Name   Middle Name   Last Name | EIN: __–_____ | |
| United States Bankruptcy Court: | District of Arizona | Date case filed for chapter: | 13   9/17/25 |
| Case number: | 2:25–bk–08792–MCW | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors, failure to file required tax returns or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | JUSTIN L BASSETT | SUMMER L BASSETT |
| 2. | All other names used in the last 8 years | fka JUSTIN LEE MILLETT | fka SUMMER L BLACK |
| 3. | Address | 3047 W WEATHERSFIELD RD PHOENIX, AZ 85029 | 3047 W WEATHERSFIELD RD PHOENIX, AZ 85029 |
| 4. | Debtor's attorney Name and address | David Cutler Phoenix Fresh Start Bankruptcy Attorneys 4131 Main St Skokie, IL 60076 | Contact phone 602–456–1813 Email: documents2@phxfreshstart.com |
| 5. | Bankruptcy trustee Name and address | RUSSELL BROWN Chapter 13 Trustee 3838 N Central Ave Ste 800 Phoenix, AZ 85012–1965 | Contact phone 602–277–8996 Email: mail@ch13bk.com |
| 6. | Bankruptcy clerk's office Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona 230 North First Avenue, Suite 101 Phoenix, AZ 85003–1727** | Office Hours: 8:30 am – 4:00 pm Monday–Friday Contact Phone: (602) 682-4000 Date: 9/19/25 |

**For more information, see page 2**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 12, 2025 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 641 215 5816, and Passcode 0595100545, OR call 1–602–892–3873** |
|---|---|---|
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | |

| 8. Deadlines<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/12/26** | |
|---|---|---|---|
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/26/25** | |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/16/26** | |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 days from date case filed.**<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** | 30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of plan | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. |
|---|---|
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |